## EXHIBIT A
## NOTICE TO EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the federal court resolving a lawsuit filed by the Equal Employment Opportunity Commission ("EEOC") titled *EEOC v. O'Reilly Automotive Stores, Inc. d/b/a O'Reilly Auto Parts*, No. 12CV 710, W.D. Wis. In its suit, the EEOC alleged that O'Reilly terminated a disabled employee at O'Reilly's Beloit, Wisconsin store in violation of the Americans with Disabilities Act ("ADA"). EEOC also alleged that O'Reilly did not accommodate the employee's request for a leave of absence to adjust to a newly acquired disability. O'Reilly filed an Answer to EEOC's Complaint in which it denied the allegations.

To resolve the case, EEOC and O'Reilly have entered into a Consent Decree, which provides that:

1) O'Reilly will pay a monetary an amount to the employee who was terminated.

2) O'Reilly will not terminate employees because of their disabilities.

3) O Reilly will not retaliate against any person because (s)he opposed any practice made unlawful by the ADA, filed an ADA charge of discrimination, participated in any ADA proceeding, or asserted any rights under the Consent Decree.

4) O'Reilly will engage in the interactive process to communicate with disabled employees who may be entitled to accommodations.

The parties agreed that nothing in the Consent Decree constitutes an admission by any party as to the claims and/or defenses of the other party.

The EEOC enforces the federal laws against discrimination in employment on the basis of race, color, religion, national origin, sex, age or disability. If you believe you have been discriminated against, you may contact the EEOC at (312) 869-8000. The EEOC charges no fees. The EEOC also has employees who speak languages other than English and has a TTD number.

### THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE

**This Notice must remain posted until August 14, 2015 and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed to: EEOC, 500 West Madison Street, Suite 2000, Chicago, IL 60661 (312) 869-8108, Attention: O'Reilly Auto Parts Store (Beloit, WI) Settlement.**

September 13, 2013
Date

Barbara B. Crabb
Judge